Harriet Musser, appellee, v. City of Chicago, appellant. Gen. No. 39,592.

Opinion filed January 10, 1938. Rehearing denied January 24, 1938.
Barnet Hodes, Corporation Counsel, for appellant; Alexander J. Resa, Arthur Chittick and Adam E. Patterson, Assistant Corporation Counsel, of counsel. Francis J. Gariepy, for appellee; Charles E. Mallon, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

Chicago Title and Trust Company, appellee, v. Adolph Cohen et al. Mark L. Landeker, appellant. Gen. No. 39,620.

Opinion filed January 10, 1938.
Aaron Soble, for appellant; Max Chill, of counsel. Miller, Gorham, Wescott & Adams and D'Ancona, Pflaum & Kohlsaat, for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

In re Estate of Andrew Leonard Johnson, deceased. Helen W. Johnson, appellant, v. Joseph O. Grant, appellee. Gen. No. 39,712.

Opinion filed January 10, 1938. Rehearing denied January 24, 1938.
Robert H. Holmes, for appellant. Arthur Abraham, for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.